IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

|  |  |
|---|---|
| VIRGINIA DORSEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 8:09cv02208 (PJM) |
| ) | |
| GIANT FOOD LLC, ET AL. ) | |
| ) | |
| Defendant ) | |

**DEFENDANT UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 400'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(b)**

Defendant United Food & Commercial Workers Union, Local 400 ("Local 400"), by and through the undersigned counsel, respectfully moves this Court to dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) or, in the alternative, to grant its original Motion to Dismiss. The grounds for this motion are that Plaintiff has failed to comply with an order of this Court. (Docket #7). This motion is based upon the papers and pleadings filed in this action and the accompanying memorandum of law.

Respectfully Submitted,

DATED: September 29, 2009

UNITED FOOD & COMMERCIAL
WORKERS UNION, LOCAL 400
By:

/s/_____
Carey R. Butsavage, Esq.
cbutsavage@butsavage.com
Butsavage & Associates, P.C.
1920 L St., NW, Ste. 400
Washington, DC 20036
(202) 861-9700